**No. 59545.**—Norman G. Jensen *v.* United States, protest 109326–K (Pembina).

Opinion by DONLON, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the claim for free entry was sustained.

**No. 59547.**—Norman G. Jensen et al. *v.* United States, protests 111643–K (B), etc. (Pembina).

Opinion by DONLON, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.   Protest 111643–K (B) having been abandoned as to entry No. 4731–A, said protest was dismissed as to that entry.